```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
DEMETRIO LOPEZ, JORGE PAVON
AND RENE SARMIENTO,

          PLAINTIFFS,          O R D E R

      - AGAINST -          07 Civ. 1236 (NRB)

FRESH BITE, INC. AND MANJITSI SINGH,

          DEFENDANTS.
------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** trial in this action was scheduled to commence on August 11, 2009; and

    **WHEREAS** the parties have informed this Court that a settlement has been reached and that the scheduled trial is unnecessary; it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs.


DATED:    New York, New York
           August 10, 2009


                                      _____
                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE